**Order entered September 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00116-CR

### CLETERRION DENGELO MOSBY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75925-V**

## ORDER

We **REINSTATE** the appeal.

By order entered September 13, 2018, the Court abated the appeal for a hearing before the trial court regarding why appellant's brief had not been filed. On September 20, 2018, appellant filed a motion to extend the time to file his brief explaining why his brief was not filed. In light of appellant's explanation, we **VACATE** our September 13, 2018 order requiring the trial court to conduct a hearing and make findings regarding appellant's brief.

We **GRANT** appellant's motion to extend the time to file his brief. Appellant's brief shall be due **THIRTY DAYS** from the date of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; to counsel Sharita Blacknall; and to the Dallas County District Attorney.

/s/     LANA MYERS
        JUSTICE